IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Reyes Palafox Lastra; Guadalupe Palofox Medina as Personal Representative of the Estate of Alberto Palafox Gandara and on behalf of the heirs of Alberto Palafox Gandara, <br><br> Plaintiffs, <br><br> v. <br><br> Willis Mason Sage, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** <br><br><br> Case No. 1:23-cv-071 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on February 5, 2024, at 10:00 AM before the magistrate judge by telephone. The conference shall be attended by lead counsel for each party, with authorization to bind the party on all matters addressed at the conference. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 10th day of July, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court