# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Reyes Palafox Lastra; Guadalupe Palafox Medina as Personal Representative of the Estate of Alberto Palafox Gandara and on behalf of the heirs of Alberto Palafox Gandara,<br><br>       Plaintiffs,<br><br>v.<br><br>Willis Mason Sage,<br><br>       Defendant. | **ORDER**<br><br>Case No.: 1:23-cv-071 |

On March 6, 2024, the court held a status conference with the parties to discuss, among other things, the trial date in this case. A jury trial is currently scheduled for September 8, 2025. Pursuant to its discussion with the parties, the court shall reschedule the jury trial for November 18, 2024, at 9:30 AM in Bismarck (courtroom 1) before Judge Traynor. A five (5) day trial is anticipated. The final pretrial conference set for August 26, 2025, shall be rescheduled for November 5, 2024, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The pretrial deadlines shall be amended as follows: nondispositive motions are due by March 18, 2024; and dispositive motions are due by April 22, 2024.

    **IT IS SO ORDERED.**

    Dated this 8th day of March, 2024.

                                           */s/ Clare R. Hochhalter*
                                           Clare R. Hochhalter, Magistrate Judge
                                           United States District Court